IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NCS COMPANIES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:06-cv-831 |
| ) | |
| UNITED STATES OF AMERICA, ) | Hon. Judge Urbina |
| et al., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL**

**WHEREAS,** Plaintiff, NCS Companies ("NCS") commenced this action on May 5, 2006; and

**WHEREAS**, at the time NCS brought this action there was a pending action in this Court titled, *Sloan et. al. v. United States*, 1:06-cv-00483 RMU (the "*Sloan Action*"); and

**WHEREAS**, counsel for NCS, counsel for the United States, and counsel for the plaintiffs in the *Sloan Action* entered into a Stipulation and Proposed Case Management Order Regarding Briefing Schedule and Certain Other Matters which provided, *inter alia*, for NCS to be added as a plaintiff in the *Sloan Action*, and for counsel for Sloan and the Government to enter into a stipulation of dismissal of this Action; and

**WHEREAS**, the Court entered an Order in the *Sloan Action* allowing the filing of the Second Amended Complaint and NCS was added as a plaintiff in that Complaint; and

**WHEREAS**, the Second Amended Complaint has been filed in the *Sloan Action*.

The PARTIES, by and through their respective undersigned counsel, HEREBY STIPULATE AND AGREE that this Action should be dismissed.

Date:                                                           Date:

/s Andrew N. Friedman with
Express permission by RSC                    /s  R. Scott Clarke
_____                       _____
ANDREW N. FRIEDMAN                      R. SCOTT CLARKE
Cohen, Milstein, Hausfeld & Toll             Trial Attorney, Tax Division
1110 New York Avenue, N.W.              U.S. Department of Justice
Washington, D.C.  20005                     Washington, D.C. 20044

            IT IS SO ORDERED:


                                                    _____
                                                    UNITED STATES DISTRICT JUDGE